954 So.2d 1239 (2007)
Robert L. SMITH, Petitioner,
v.
FLORIDA DEPARTMENT OF CORRECTIONS, Respondent.
No. 1D07-0471.
District Court of Appeal of Florida, First District.
April 20, 2007.
*1240 Robert L. Smith, pro se, Petitioner.
Bill McCollum, Attorney General, and Pamela Lutton-Shields, Assistant Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. Munn v. Fla. Parole Comm'n, 807 So.2d 733 (Fla. 1st DCA 2002); Fla. R. Civ. P. 1.440(a).
WOLF, DAVIS, and THOMAS, JJ., concur.